NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN AMERICA, INC.,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Cross-Appellant*

---

2024-1679, 2024-1680, 2024-1681

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01278, IPR2022-01310.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2                    WIRTGEN AMERICA, INC. v. CATERPILLAR INC.

(2) Each side shall bear their own costs.

FOR THE COURT

October 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 29, 2024